# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MARVIN WILSON, ET AL.

VERSUS

CB&I FEDERAL SERVICES, LLC, ET AL.

CIVIL ACTION

17-376-SDD-EWD

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated February 21, 2018 to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiffs' Motion to Remand is DENIED.

Baton Rouge, Louisiana the 12 day of March, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 25.